UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:10-CR-00098

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO** |
| v. | ) | **DISMISS THE INDICTMENT** |
| | ) | **WITHOUT PREJUDICE** |
| WILLIAM RODRIGUEZ-AGUILERA | ) | |

This matter is before the Court on the United States's Motion for Leave to Dismiss the Indictment without prejudice. (Doc. No. 4.) The Court GRANTS the United States leave to dismiss, without prejudice, of the Bill of Indictment in the above-captioned case and DISMISSES.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**IT IS THEREFORE ORDERED** that the United States's Motion, (Doc. No. 4), is **GRANTED** and the Indictment in this case, (Doc. No. 1), is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: August 5, 2024

Frank D. Whitney
United States District Judge